# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Albert Lopez, Sr. | **Case No :**<br>**Date :**<br>**Time :** | 12–22716 – C – 7<br>1/7/14<br>09:30 |

**Matter :** [46] – Motion for Relief from Automatic Stay [RCO–1] Filed by Creditor The Bank of New York Mellon (Fee Paid $176) (isaf)
[46] – Motion/Application for Adequate Protection [RCO–1] Filed by Creditor The Bank of New York Mellon (isaf)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 9706 Tralee Way, Elk Grove, CA. Resolved without oral argument.

Dated: January 10, 2014

_____
United States Bankruptcy Judge